IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **FRANKLIN McMILLION,** | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:07cv563-MHT |
| | ) | |
| **STATE OF ALABAMA, et al.,** | ) | |
| | ) | |
|    Defendants. | ) | |

### ORDER

It is ORDERED that the motion to withdraw (Doc. No. 7) is granted.

DONE, this the 10th day of July, 2007.

                                   /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**