IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **FRANKLIN McMILLION,** )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>**STATE OF ALABAMA,** *et al.*, )<br>)<br>*Defendants*. ) | **CIVIL ACTION NO.:**<br>**07 cv 563-MHT** |

_____

### JOINT STATEMENT REGARDING REPRESENTATION OF PARTIES

In response to this Honorable Court's Order of June 25, 2007 [Doc. No. 5], requiring the parties to jointly prepare a statement concerning representation, the following is submitted:

**A.** **Defendants remaining in the case:**

1. Department of Revenue

2. G. Thomas Surtees, Commissioner of the Department of Revenue

3. State Personnel Department

4. Jackie Graham, Director of the State Personnel Department

**B.** **Attorneys in the case:**

1. Russell W. Adams

2. Rocco Calamusa, Jr.

3. Aaron L. Dettling

4. Gwendolyn B. Garner

5. John Breckenridge, Jr.

6. Alice Ann Byrne

**C.     Representation of parties:**

| Plaintiff: | Attorneys |
|---|---|
| Franklin McMillion | Russell W. Adams |
|  | Rocco Calamusa, Jr. |

| Defendants: | Attorneys |
|---|---|
| State Personnel Department | Alice Ann Byrne |
| Jackie Graham, Director | Alice Ann Byrne |
| Department of Revenue | Aaron L. Dettling |
|  | Gwendolyn B. Garner |
|  | John Breckenridge, Jr. |
| G. Thomas Surtees, Commissioner | Aaron L. Dettling |
|  | Gwendolyn B. Garner |
|  | John Breckenridge, Jr. |

The parties agree that the Governor and the State of Alabama shall be dismissed from this action without prejudice, subject to the Plaintiff's right to reinstate the Governor and the State of Alabama as defendants upon notice to the Court and the parties. The Governor and the State would then be reinstated as defendants in this action as if they had never been dismissed such that any application statute of limitations shall be tolled during the dismissal period. The Defendants agree that no objection or defense arising from the dismissal will be raised.

Respectfully submitted, this 30th day of July, 2007.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Russell W. Adams
　　　　　　　　　　　　　　　　　　　　　　RUSSELL W. ADAMS (ASB 3760-A62R)
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Address of Counsel:
WIGGINS CHILDS QUINN & PANTAZIS, P.C.
The Kress Building
301 19th Street North
Birmingham, AL 35203-3204
(205) 314-0500

  /s/ Alice Ann Byrne
ALICE ANN BYRNE, ESQ. (BYR 015)
Attorney for Defendants
State of Alabama, Governor Fob James,
State Personnel Department and
Jackie Graham, Director of State Personnel Department

STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
Folsom Administrative Building
64 North Union Street ~ Suite 316
Montgomery, AL  36130
(334) 242-3451
(334) 353-4481 fax

/s/   Aaron L. Dettling
AARON L. DETTLING (DET 003)
GWENDOLYN B. GARNER (GAR 050)
JOHN BRECKENRIDGE, JR. (BRE 012)
Attorneys for Defendants
Department of Revenue and
G. Thomas Surtees, Commissioner

BALCH & BINGHAM
1710 Sixth Avenue North
Birmingham, AL  35203-2014
(205) 251-8100

3