IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **FRANKLIN McMILLION** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No.: 2: 07cv563-MHT |
| | * |
| **ALABAMA DEPARTMENT OF** | * |
| **REVENUE, et al.** | * |
| | * |
| Defendant. | * |

## NOTICE OF DISMISSAL

COMES NOW, Plaintiff Franklin McMillion, and dismisses his claims in the above-styled cause without prejudice pursuant to FRCP 41(a)(1)(i), as he no longer wishes to pursue this action and the defendants have not yet filed an answer or a motion for summary judgment.

        Respectfully submitted,

        /s/ Rocco Calamusa, Jr.
        Rocco Calamusa, Jr.
        Russell W. Adams
        Counsel for Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama  35203
(205) 314-0500

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing Notice of Dismissal on counsel via e-mail, addressed, to the following:

    Alice Ann Byrne
    State Personnel Department
    64 North Union Street
    316 Folsom Administrative Bldg.
    Montgomery, AL 36130
    AliceAnn.Byrne@personnel.alabama.gov

    Aaron L. Dettling, Esq.
    Daniel E. Harrell, Esq.
    Balch & Bingham
    P.O. Box 306
    Birmingham, AL 35201-0306
    adettling@balch.com
    dharrell@balch.com

    Gwendolyn B. Garner, Esq.
    John Breckenridge, Jr., Esq.
    Department of Revenue
    Legal Office
    50 N. Ripley Street
    Montgomery, AL 36104
    gwendolyn.garner@revenue.alabama.gov
    john.breckenridge@revenue.alabama.gov

This 1st day of November, 2007.

                                              /s/ Rocco Calamusa, Jr.
                                              OF COUNSEL